UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL NO. 07cv04164 JNE/JJK

John J. Harstad,

   Plaintiff,

v.

Sears, Roebuck and Co.,

   Defendant.

## **ORDER**

Pursuant to the mutual agreement to enter into binding arbitration, the Court dismisses this action with prejudice. The Court points out that should changes occur in the agreed-upon arbitration, the parties will need to secure another arbitrator and make alternative arrangements for the private resolution of this action.

IT IS ORDERED.


Dated: June 1, 2009
Minneapolis, Minnesota

              /s/ Richard W. Goldberg
              Richard W. Goldberg
              United States District Judge